IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, HEALTH & WELFARE FUND, BY ITS TRUSTEES HENRY IIDA, RUSSELL YOUNG, AUDREY HIDANO, GLEN KANESHIGE, ERIC HASHIZUME, GEORGE EHARA, RONALD TAKETA, KYLE CHOCK, SHAYNE CHUNG, CONRAD C. VERDUGO, JR., RALPH HOOHULI, AND TRAVIS MURAKAMI<br><br>       Plaintiffs,<br><br>  vs.<br><br>DUSTIN I. LACNO,<br><br>       Defendant. | CV 23-00420 SOM-RT |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on April 29, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default [Judgment] Against Defendant Dustin I. Lacno", ECF No. 15, are adopted as the opinion and

order of this Court.

    IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge