# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII CARPENTERS TRUST FUNDS, HEALTH & WELFARE FUND, BY ITS TRUSTEES HENRY IIDA, RUSSELL YOUNG, AUDREY HIDANO, GLEN KANESHIGE, ERIC HASHIZUME, GEORGE EHARA, RONALD TAKETA, KYLE CHOCK, SHAYNE CHUNG, CONRAD C. VERDUGO, JR., RALPH HOOHULI, AND TRAVIS MURAKAMI | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00420 SOM-RT |

Plaintiffs,

V.

DUSTIN I. LACNO

Defendant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 15, 2024, 10:37 am
Lucy H. Carrillo, Clerk of Court

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Plaintiffs Hawaii Carpenters Trust Funds, Health & Welfare Fund, by its Trustees and against Defendant Dustin I. Lacno pursuant to the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default [Judgment] Against Defendant Dustin I. Lacno", ECF No. 15, filed April 29, 2024 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 16, filed May 14, 2024.  It is further ordered that Plaintiffs' are awarded damages in the amount of $39,683.37 and $3,002.42 in attorneys' fees and costs.

| July 15, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |